**Darryl Eugene HILL, Petitioner–Appellant,**

v.

**NORTH CAROLINA ATTORNEY GENERAL; M.L. Polk, III, Superintendent; Franklin Correctional Center; Michael F. Easley, Respondents–Appellees.**

No. 00–6774.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 23, 2001.

Darryl Eugene Hill, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Darryl Eugene Hill appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Hill v. Polk,* No. CA–99–563–1 (M.D.N.C. May 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*